IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-00725-PAB-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MARC GUY MATHYS,

      Defendant.

---

## ORDER TRANSFERRING CASE

---

This matter is before the Court on the parties' Stipulation Concerning Change of Venue [Docket No. 13] and the plaintiff's Unopposed Motion to Change of Venue by Plaintiff United States of America [Docket No. 16]. The parties agree that the convenience of the parties and witnesses and the interests of justice would be served by a transfer of this matter to the United States District Court for the Central District of California, where defendant resides. *See* 28 U.S.C. § 1404(a).

Accordingly, it is

**ORDERED** that plaintiff's Unopposed Motion to Change of Venue by Plaintiff United States of America [Docket No. 16] is **GRANTED**. It is further

**ORDERED** that this case be transferred to the United States District Court for the Central District of California.

DATED June 30, 2011.

BY THE COURT:

s/Philip A. Brimmer
_____
PHILIP A. BRIMMER
United States District Judge